■ ELAINE CATHERWOOD et al., Appellants, v AMERICAN STERILIZER Co., Defendant, and AIR PRODUCTS AND CHEMICALS, INC., et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Special Term, Mintz, J. *(Catherwood v American Sterilizer Co.,* 139 Misc 2d 901). (Appeal from order of Supreme Court, Erie County, Mintz, J.—summary judgment.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.